**FIFTH DIVISION
MILLER, P. J.,
MCFADDEN, P.J., and MCMILLIAN, J.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules

**September 27, 2018**

# In the Court of Appeals of Georgia

A16A1609. WINFREY v. THE STATE.

MCMILLIAN, Judge.

In *Winfrey v. State*, 304 Ga. 94 (816 SE2d 613) (2018), the Supreme Court of Georgia reversed the judgment of this Court in *Winfrey v. State*, 340 Ga. App. 344 (795 SE2d 752) (2017). Accordingly, we vacate our earlier opinion and adopt the judgment of the Supreme Court as the opinion of this Court. The judgment of the trial court is therefore reversed.

*Judgment reversed. Miller, P. J., and McFadden, J., concur.*